# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEFFREY KEITH MARTIN                                                                    PLAINTIFF

v.                                      4:17CV00371-JLH-JJV

DARRELL ELKINS, Doctor,
Yell County Detention Facility; *et al*.                                         DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Elkins is DISMISSED without prejudice due to Plaintiff's failure to state a viable claim against him.

DATED this 24th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1