# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JEFFREY KEITH MARTIN                                                                 PLAINTIFF
ADC #168392

v.                                      4:17CV00371-JLH

DARRELL ELKINS, Doctor,
Yell County Detention Facility; *et al*.                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED. Document #25.

2. Plaintiff's claims are DISMISSED with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 25th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE