# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JEFFREY KEITH MARTIN                                                                                PLAINTIFF
ADC #168392

v.                                          4:17CV00371-JLH

DARRELL ELKINS, Doctor,
Yell County Detention Facility; *et al.*                                                            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 25th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE